IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. TDC-22-453 |
| | : | |
| **JOHN ROBERT WILLIAMS, III,** | : | |
| | : | |
| **Defendant.** | : | |

## MOTION TO WITHDRAW AS COUNSEL AND REQUEST FOR ATTORNEY INQUIRY HEARING

Defendant John Robert Williams, III ("Mr. Williams"), by and through his counsel, John M. McKenna, Adam C. Demetriou, and Brennan, McKenna & Lawlor, Chtd., respectfully submits the following Motion to Withdraw as Counsel and Request for Attorney Inquiry Hearing.

1. Mr. Williams is charged by way of Indictment with possession of a firearm and ammunition by a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of 18 U.S.C. § 922(g)(1). (Indictment, ECF No. 1.) On January 10, 2024, after prior counsel for Mr. Williams was permitted to withdraw from the case, the undersigned counsel were appointed to represent Mr. Williams pursuant to the Criminal Justice Act. A jury trial is scheduled for February 26, 2024. At this time, the undersigned counsel respectfully

1

move to withdraw as counsel in this matter. The undersigned counsel also request that an attorney inquiry hearing be scheduled in this matter.

    2.    Mr. Williams has directed the undersigned counsel to move to withdraw from this case.

    3.    Accordingly, the undersigned counsel respectfully request that this Court schedule a hearing on the ascertainment of substitute counsel for Mr. Williams and grant the instant request for leave to withdraw as counsel.

Respectfully submitted,

_____/s/_____
John M. McKenna
Adam C. Demetriou
Brennan, McKenna & Lawlor, Chtd.
6305 Ivy Lane, Suite 700
Greenbelt, Maryland 20770
(301) 474-0044

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of February, 2024, the foregoing was served on all parties via ECF.

_____/s/_____
John M. McKenna