IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Criminal No. TDC-22-00453 |
| | * | |
| JOHN ROBERT WILLIAMS III | * | |
| | * | |
| Defendant | * | |
| | * | |
| ****** | | |

## STATUS REGARDING GOVERNMENT EXPERT NOTICES UNDER RULE 16

Pursuant to the Court's pretrial scheduling order (*see* ECF 93 (setting the deadline for the Defendant's Rule 16 Expert Discovery)), the Government is prepared to provide expert discovery under Federal Rule of Criminal Procedure 16(a)(1)(G) to the Defendant's counsel once they enter their appearance in this case.  The discovery will pertain to a nexus expert, whose materials were already produced to prior counsel for the Defendant, as well as a marijuana valuation expert.

Respectfully submitted,

Erek L. Barron
United States Attorney

By: _____/s/_____
Joshua A. Rosenthal
William D. Moomau
Assistant United States Attorneys