UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHN ROBERT WILLIAMS III,<br><br>Defendant. | Criminal Action No. TDC-22-0453 |

**ORDER**

For the reasons stated at the May 23, 2024 Pre-Trial Conference, it is hereby ORDERED that:

1. The Motion to Withdraw as Counsel, ECF No. 112, is DENIED.

2. Defendant John Robert Williams III's Motion to Continue the Trial, ECF No. 120, is DENIED.

Date: May 29 2024



THEODORE D. CHUANG
United States District Judge