UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

v.

JOHN ROBERT WILLIAMS III,

    Defendant.

Criminal Action No. TDC-22-0453

ORDER

For the reasons stated on the record on May 31, 2024, it is hereby ORDERED that the Defendant's oral Motion to Review the Detention Order is DENIED.

Date: May 31, 2024

THEODORE D. CHUANG
United States District Judge