**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**
LEWIS F. POWELL, JR. UNITED STATES COURTHOUSE ANNEX
1100 EAST MAIN STREET, SUITE 501
RICHMOND, VIRGINIA 23219-3517
WWW.CA4.USCOURTS.GOV

**NWAMAKA ANOWI**
**CLERK**

**TELEPHONE**
**(804) 916-2700**

June 13, 2024

Catherine M. Stavlas, Clerk
U.S. District Court of Maryland
6500 Cherrywood Lane, Second Floor
Greenbelt, MD 20770-1285

    **Re:**   **US v. Williams**
            8:22-cr-00453

Dear Ms. Stavlas:

    The enclosed notice of appeal was received by this court on June 10, 2024.

    In accordance with Rule 4(d) of the Federal Rules of Appellate Procedure, the notice has been date stamped and is being forwarded to your court for appropriate disposition. See FRAP 4(d) ("If a notice of appeal in either a civil or a criminal case is mistakenly filed in the court of appeals, the clerk of that court must note on the notice the date when it was received and send it to the district clerk. The notice is then considered filed in the district court on the date so noted.")

    If this notice of appeal duplicates a notice already received by the district court, the notice need not be transmitted to this court a second time.

                                             Sincerely,

                                             Mark E. O'Brien
                                             Chief Deputy Clerk

MEO:cad
Enclosures

cc:     John Robert Williams, III (w/ stamped 1st page)
       #2164965
       Chesapeake Detention Facility
       401 E. Madison Street
       Baltimore, MD 21202

       David W. Fischer, Esq. (w/encls.)  (fischerandputzi@hotmail.com)
       Samuel Q. Elira, Esq. (w/encls.) (sqelaw@gmail.com)

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

John R. Williams III
#2164965

vs

United States of
America

Case No.: 8:22-cr-00453-TDC

RECEIVED 2024 JUN 10 P 2:50 U.S. COURT OF APPEALS FOURTH CIRCUIT

## Timely Notice Of Appeal

On the date of May 31, 2024, Mr. Williams was determined guilty by a jury trial.

Mr. Williams, challenges a host of issues including the legislative (territorial) jurisdiction over the place where the crime is alleged in the complaint/indictment to have occurred and the subject-matter jurisdiction of the court to have adjudicated the case and rendered judgement of conviction. Mr. Williams also challenges the constitutionality of the criminal statute as exceeding the power of Congress because it violates the Tenth Amendment; 4th Amendment violations, Speedy Trial violations, etc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of June, 2024, the foregoing was served to the Clerk of the 4th Circuit Court of Appeals.

John R. Williams III #2164965
401 E. Madison Street
Baltimore, Maryland 21202
x John R. Williams



John R. Williamson
#216465
**Department of Public Safety and Correctional Services**
Chesapeake Detention Facility
401 E. MADISON STREET
BALTIMORE, MARYLAND 21202



RECEIVED
U.S. MARSHALS

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
1100 East Main Street, Suite 501
Richmond, Virginia 23219

CDF

JUN 0 5 2024

OUTGOING MAIL
MAIL ROOM