IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES | * | |
| vs. | * | Case No.: 22-453-TDC |
| JOHN ROBERT WILLIAMS, III | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### REQUEST TO WITHDRAW NOTICE OF APPEAL

On behalf of the Defendant, John R. Williams, it is requested that the "Notice of Appeal" previously filed *pro se* by the Defendant be withdrawn, and in support of said request states as follows:

1) On May 31, 2024, after a 3-day trial, a jury returned a guilty verdict against the Defendant on the sole count in the Indictment, which alleged a violation of 18 U.S.C. § 922(g)(1).  Sentencing in this matter is scheduled for September 11, 2024.

2) Undersigned CJA counsel and privately-retained counsel, Samuel Elira, Esq., are currently representing the Defendant and will do so through sentencing.

3) On June 10, 2024, without notifying the undersigned attorneys, the Defendant filed a Notice of Appeal with the United States Court of Appeals for the Fourth Circuit which, accordingly, pursuant to F.R.A.P. 4(d), ordered the filing of said notice with the Clerk of this Court.  (ECF No. 145).  Effectively, the Defendant has noted an appeal to the Fourth Circuit with the Clerk of this Court as of June 10, 2024.

4) Undersigned counsel is aware of no statutory or other legal authority that permits a Defendant to seek an interlocutory appeal under the facts and circumstances of the instant case, especially after a jury verdict.

1

5) As the Defendant has not yet been sentenced, the filing of the Notice of Appeal is premature and should be withdrawn as such.

6) While the Defendant disagrees with the instant request, the undersigned attorneys have an ethical duty to abide by applicable laws and rules set forth by Congress, this Court and the Court of Appeals.   Accordingly, as the Defendant's Notice of Appeal is unquestionably premature, the undersigned request that said notice be withdrawn at this time.

7) Undersigned counsel will properly and timely file a Notice of Appeal after the Defendant is sentenced by the Court on September 11, 2024.

WHEREFORE, it is requested that the Defendant's Notice of Appeal filed under ECF No. 145 be withdrawn at this time.

/s/
David W. Fischer, Esq.
Federal Bar No. 023787
Law Offices of Fischer & Putzi, P.A.
Empire Towers, Suite 1007
7310 Ritchie Highway
Glen Burnie, MD 21061
(410) 787-0826
Attorney for Defendant

/s/
--------------------------------------------
Samuel Q. Elira, Esq.
The Elira Law Firm, L.L.C
3060 Mitchellville Rd., #216
Bowie, MD 20716
(301) 936-1418
sqelaw@gmail.com

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 24th day of June, 2024, a copy of the foregoing Request to Withdraw Notice of Appeal was electronically filed with the Clerk of the United States District Court using CM/ECF, with a notice of said filing to the following:

Counsel for the Government:      Office of the United States Attorney
Joshua.Rosenthal2@usdoj.gov
William.Moomau@usdoj.gov

/s/
David W. Fischer, Esq.

/s/
-------------------------------------
Samuel Q. Elira, Esq.