IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CASE NO. TDC-22-453 |
| JOHN ROBERT WILLIAMS III | : |

...oooOooo...

**LINE**

Madam Clerk:

    Please enter the appearance of Brittany Appleby-Rumon as counsel for the government for all purposes in the above-captioned case.

Respectfully submitted,

Erek L. Barron
United States Attorney

___8-15-24_____   By:_____/s/_____
    DATE                          Brittany Appleby-Rumon
                                    Assistant United States Attorney